# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MUNJED AL MUDERIS, an individual, dba OSSEOINTEGRATION GROUP OF AUSTRALIA; and OSSEOINTEGRATION INTERNATIONAL PTY LTD., an Australian limited company,<br><br>Plaintiffs<br><br>v.<br><br>FRED HERNANDEZ, an individual; AMPUTEK, INC., a Nevada corporation; DOE DEFENDANTS I-X, INCLUSIVE; and ROE DEFENDANTS I-X, INCLUSIVE,<br><br>Defendants | Case No.: 2:19-cv-01002-APG-DJA<br><br>**Order Extending Deadline to Respond to Complaint**<br><br>[ECF No. 10] |

The defendants' motion to extend the deadline by which they must respond to the complaint **(ECF No. 10) is granted in part**. The defendants' answer or other response to the complaint is due October 4, 2019.

DATED this 5th day of September, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE